IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| DALE HYSELL, | : |
| Plaintiff, | : |
| v. | : 6:06-CV-43 (WLS) |
| JO ANNE BARNHART, Commissioner of Social Security | : |
| Defendant. | : |

## O R D E R

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 22), filed December 19, 2007. It is recommended that Plaintiff's request for an award of attorney's fees be stayed pursuant to 42 U.S.C. § 406(b) until such time as Plaintiff is notified of any award, if any, of past-due benefits. Neither Plaintiff, nor Defendant has filed an objection.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 24) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's request for an award of attorney's fees is stayed pursuant to 42 U.S.C. § 406(b) until such time as Plaintiff is notified of any award, if any, of past-due benefits.

SO ORDERED, this  5th  day of May, 2008.

          /s/W. Louis Sands
          **W. Louis Sands, Judge**
          **United States District Court**